# United States Court of Federal Claims

April 2, 2003

No. 01-325 C

BANK ONE, MICHIGAN
(formerly NBD BANK),

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER SETTING ORAL ARGUMENT ON DISPOSITIVE CROSS-MOTIONS**

Oral argument pertaining to the parties' dispositive cross-motions (i.e. defendant's motion filed on November 26, 2003 for summary judgment and plaintiff's cross-motion filed on January 8, 2003 for summary judgment) shall be conducted on Wednesday, May 28, 2003, at 10:30 a.m., at the United States Court of Federal Claims in Washington, DC.

Plaintiff's counsel may participate by court-initiated conference call. Defendant's counsel is requested to appear in person.

s/ Lawrence J. Block
Lawrence J. Block
Judge