# United States Court of Federal Claims

May 8, 2003
No. 01-325 C

BANK ONE, MICHIGAN
(formerly NBD BANK),

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER CANCELLING AND RESCHEDULING HEARING ON DISPOSITIVE CROSS-MOTIONS**

An order dated April 2, 2003 determined Wednesday, May 28, 2003 as the date on which oral argument pertaining to the parties' dispositive cross-motions (i.e. defendant's motion filed on November 26, 2003 for summary judgment and plaintiff's cross-motion filed on January 8, 2003 for summary judgment) would be conducted.

This order addresses defendant's motion filed on May 7, 2003 for an extension of time that would reschedule to Monday, July 14, 2003 the hearing on dispositive cross-motions. Defendant indicates that plaintiff is opposed to the extension of time to reschedule.

Subsequently, and during an unrecorded telephone correspondence with counsel, plaintiff indicated that it would no longer oppose defendant's request for an extension of time.

For reasons stated therein, defendant's motion is GRANTED. Accordingly, it is ORDERED that oral argument scheduled for on Wednesday, May 28, 2003, is CANCELLED and RESCHEDULED for Monday, July 14, 2003, at 10:30 a.m., at the United States Court of Federal Claims in Washington, DC.

Plaintiff's counsel may participate by court-initiated conference call. Defendant's counsel is requested to appear in person.

s/ Lawrence J. Block
Lawrence J. Block
Judge