# In the United States Court of Federal Claims

**No. 01-325C**

**BANK ONE MICHIGAN**
**(formerly NBD BANK)**

**v.**

**THE UNITED STATES**

**NOTICE OF RE-ASSIGNMENT TO:**

**ADR Judge Marian Blank Horn**

This case has been reassigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

**s /Margaret M. Earnest**
**Margaret M. Earnest, Clerk of Court**