# In the United States Court of Federal Claims

**No. 01-325C**

**BANK ONE, MICHIGAN**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's opinion and order, filed August, 1, 2003, granting defendant's motion for summary judgment and denying plaintiff's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. It is further ordered and adjudged that judgment is in favor of defendant on its counterclaim for $93,277.00, plus interest. Costs are awarded to defendant as prevailing party.

Margaret M. Earnest
Clerk of Court

**August 1, 2003** By: s/Brian Bishop

Deputy Clerk

**NOTE:** As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.