# In the United States Court of Federal Claims

**No. 01-325 C**

**BANK ONE, MICHIGAN, FORMERLY NBD BANK,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the August 1, 2003 Opinion and the court's Order granting consent motion to correct opinion and judgment of August 22, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $93,297.50, plus interest. Costs are awarded to defendant as prevailing party.

Brian Bishop
Acting Clerk of Court

**August 29, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

**NOTE:** As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.