# In the United States Court of Federal Claims

**No. 01-325 C**

**BANK ONE, MICHIGAN, FORMERLY NBD BANK,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the August 1, 2003 Opinion and the court's Order granting consent motion to correct opinion and judgment of August 22, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the defendant, on its counterclaim, recover of and from the plaintiff the sum of $93,297.50, plus interest. Costs are awarded to defendant as prevailing party.

Brian Bishop
Acting Clerk of Court

**September 2, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.