**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANK ONE, MICHIGAN<br>(formerly NBD BANK),<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-325C<br>(Judge Block) |

**SATISFACTION OF JUDGMENT**

Defendant, the United States, respectfully submits that the corrected judgment of September 2, 2003 entered by this Court against plaintiff, Bank One, Michigan, in the amount of $93,297.50 plus costs and interest, totaling $107,840.19, has been satisfied.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ FRANKLIN E. WHITE, JR.
Assistant Director

s/ CAROLYN J. CRAIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644
e-mail: carolyn.craig@usdoj.gov

OF COUNSEL:

PAUL VITRANO
TACOM General Legal Division
6501 E. 11 Mile Road
Warren, Michigan 48397-5000

CPT TIMOTHY RYAN
U.S. Army Litigation Division
901 N. Stuart Street, Suite 700
Arlington, VA 22203

October 10, 2003

Attorneys for Defendant